IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00689-BNB

JESUS HECTOR PALMA-SALAZAR,

    Plaintiff,

v.

BLAKE DAVIS, Warden, United States Penitentiary Administrative Maximum Facility, Florence, Colorado, and
FEDERAL BUREAU OF PRISONS,

    Defendants.

---

ORDER TO DISMISS IN PART AND TO DRAW CASE
TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

    Plaintiff, Jesus Hector Palma-Salazar, is in the custody of the United States Bureau of Prisons and currently is incarcerated at the United States Penitentiary Administrative Maximum (ADX) in Florence, Colorado. Pursuant to Magistrate Judge Boyd N. Boland's April 9, 2010, Order construing the instant action as a Prisoner Complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), Mr. Palma-Salazar filed an Amended Prisoner Complaint alleging a violation of his constitutional rights.

    Specifically, Mr. Palma-Salazar complains that his transfer to ADX violated an extradition agreement because it increased the severity of his punishment on the basis of facts other than his conviction. He also complains that he was transferred to ADX without first receiving the requisite due process. Mr. Palma-Salazar asserts that he had

a liberty interest in avoiding transfer to ADX because the conditions at ADX impose an atypical and significant hardship on him. Mr. Palma-Salazar seeks declaratory and injunctive relief.

Mr. Palma-Salazar indicates in the Amended Prisoner Complaint that he is also asserting claims pursuant to 28 U.S.C. § 2241. Magistrate Judge Boland correctly found that Mr. Palma-Salazar is raising conditions of confinement claims, which are raised pursuant to *Bivens* in a prisoner complaint and not pursuant to a writ of habeas corpus in a 28 U.S.C. § 2241 habeas action. Furthermore, Mr. Palma-Salazar's request for release is not available in a *Bivens* action. To the extent Mr. Palma-Salazar wishes to challenge the execution of his sentence, he must do so in a separate habeas corpus action pursuant to 28 U.S.C. § 2241. The Court will not consider the merits of any habeas corpus claim in this action. Accordingly, those claims will be dismissed.

Mr. Palma-Salazar's remaining claims, which challenge the conditions of his confinement and are properly asserted pursuant to *Bivens*, will be drawn to a district judge and a magistrate judge. Accordingly, it is

ORDERED that the claims asserted pursuant to 28 U.S.C. § 2241 are dismissed without prejudice. It is

FURTHER ORDERED that the remaining claims and this action shall be drawn to a district judge and a magistrate judge.

DATED at Denver, Colorado, this  11th   day of   May  , 2010.

                                                BY THE COURT:

                                                s/Philip A. Brimmer
                                                PHILIP A. BRIMMER
                                                United States District Judge, for
                                                ZITA LEESON WEINSHIENK, Senior Judge
                                                United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00689-BNB

Frank J. Ragen
Attorney at Law
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/12/10

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk