IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-689-JLK**

**JESUS HECTOR PALMA-SALAZAR,**

       Plaintiff-Petitioner,

v.

**BLAKE DAVIS, ADX Warden, in his official and individual capacity, and FEDERAL BUREAU OF PRISONS,**

       Respondents.

## **ORDER OF ADMINISTRATIVE CLOSURE**

Kane, J.

       Petitioner's Motion to Administratively Close the Case for 18 Months (doc. #17), filed September 30, 2010, is **GRANTED**. This case is **ADMINISTRATIVELY CLOSED**.

       Dated this 5th day of October, 2010.

                                    BY THE COURT:

                                    *s/John L. Kane*
                                    John L. Kane, Senior Judge
                                    United States District Court