IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **10-cv-00689-JLK-CBS**

**JESUS HECTOR PALMA-SALAZAR,**

    Plaintiff-Petitioner,

v.

**BLAKE DAVIS, ADX WARDEN,** in his official and individual capacity, and
**FEDERAL BUREAU OF PRISONS,**

    Defendants-Respondents.

---

ORDER

---

Kane, J.

Pursuant to the expiry of the period of administrative closure, *see* Order of Administrative Closure (doc. 18), this case is DISMISSED.

Dated: July 11, 2012.

BY THE COURT:

**/s/John L. Kane**
Senior U.S. District Court Judge